# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| STEPHEN MARCUS NETTLES,<br><br>   Plaintiff,<br><br>v.<br><br>LELAND DUDEK, Acting Commissioner of Social Security,<br><br>   Defendant. | 5:23-cv-109 |

### ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to remand this case to Defendant under sentence four of 42 U.S.C. § 405(g). Dkt. No. 16. Defendant did not file Objections to this Report and Recommendation, and the time to do so has elapsed.

Accordingly, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **REMAND** the Administrative Law Judge's decision to the Acting Commissioner of the Social Security Administration under sentence four of 42 U.S.C. § 405(g) and **DIRECT**

the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

**SO ORDERED**, this 19 day of March, 2025.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA